# United States District Court
## Northern District of Indiana

UNITED STATES OF AMERICA and
STATE OF INDIANA, ex rel. OMAR
TOUTOUNGI

        Plaintiff,

        v.                                                     Civil Action No. 1:13-CV-353 JVB

ANTHONY MEDICAL ASSOCIATES P.C.,

        Defendant.

## ORDER

This matter is before the Court on the report and recommendation of Magistrate Judge Roger Cosbey entered on July 14, 2014 (DE 15). Pro se relator Omar Toutoungi brought a *qui tam* action against his former employer along with several personal claims for wrongful discharge. For reasons fully explained in the report, Judge Cosbey recommends that the case be unsealed, that Toutoungi's personal claims be dismissed with prejudice, and that the claims he brought on behalf of the Government be dismissed without prejudice.

Toutoungi was notified that he had fourteen days within which to file objections to the recommendation. Those fourteen days have long since passed without any objections having been filed. Accordingly, the Court adopts Judge Cosbey's report and recommendation with one alteration. This case is ordered to be unsealed. All claims are DISMISSED WITHOUT PREJUDICE.

SO ORDERED on August 21, 2014.

                                         s/ Joseph S. Van Bokkelen
                                         Joseph S. Van Bokkelen
                                         United States District Judge
                                         Hammond Division